UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HRH EMERE GODWIN
BEBE OKPABI, et al.,

Plaintiffs,

vs.

Case No. 11-CV-14572
HON. GEORGE CARAM STEEH

ROYAL DUTCH SHELL, PLC, and
SHELL PETROLEUM DEVELOPMENT
COMPANY (NIG) LTD.,

Defendants.

______________________________/

ORDER STAYING CASE AND APPROVING LIMITED DISCOVERY

Currently pending before the court are defendants' motion to dismiss and plaintiffs' motion to amend complaint. In their pleadings, the parties have alerted the court that the issue of subject matter jurisdiction over plaintiffs' Alien Tort Statute claim will be decided by the United States Supreme Court in the case of Kiobel v. Royal Dutch Shell Petroleum Company. Oral argument was heard in that case on February 28, 2012. The parties agree that the issue of this court's subject matter jurisdiction should be stayed pending the Supreme Court's decision in Kiobel.

Defendants would have the court determine the issue of personal jurisdiction at this time, while plaintiffs contend that they require discovery of the organizational structure of the defendants in order to respond to defendants' motion to dismiss on personal jurisdiction grounds. Now, therefore,

IT IS HEREBY ORDERED that the entire matter is STAYED pending the decision

of the Supreme Court in Kiobel v. Royal Dutch Shell Petroleum Company. The hearing currently scheduled for March 28, 2012 is cancelled.

IT IS HEREBY FURTHER ORDERED that the parties may engage in written discovery only, limited to the issue of personal jurisdiction, even while the stay is in place.

The parties are to alert the court to any decision rendered by the Supreme Court in Kiobel. At that time, the parties should also inform the court of the status of discovery and propose a timeline for proceeding with the pending motions, or any new motions the parties may propose to file.

SO ORDERED.

Dated: March 12, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 12, 2012, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk